## Caroline Wolff, Individually and Trustee, Defendant in Error, v. Anthony Jurgenson, Plaintiff in Error.

### Gen. No. 19,006. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action of forcible detainer in the Municipal Court of Chicago by Caroline Wolff, individually and as trus-

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

tee under the will of Frederick Wolff, deceased, against Anthony Jurgenson. From a judgment for plaintiff, defendant brings error.

ADAMS, CREWS, BOBB & WESCOTT, for plaintiff in error.

JOHN LEO FAY and ALBERT H. MEADS, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. FORCIBLE ENTRY AND DETAINER, § 54*—*when complaint sufficient.* In forcible detainer proceedings the fact that complainant's name was not signed to the complaint does not render it insufficient.

2. FORCIBLE ENTRY AND DETAINER, § 108*—*when sufficiency of complaint not reviewable.* The insufficiency of a complaint in forcible entry proceedings cannot be raised for the first time on appeal.